**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ELENA ARMYANINOVA                    CASE NO.  3:26-cv-01666

VERSUS                               JUDGE VAN HOOK

BRIAN ACUNA ET AL                    MAGISTRATE JUDGE LEBLANC


**ORDER**

**CONSIDERING** the *Motion for Admission of Dmitry Filimonov, Esq., Pro Hac Vice* [doc. 2] filed by local counsel on behalf of Dmitry Filimonov, who seeks to enroll as counsel for petitioner Elena Armyaninova:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and, accordingly, Dmitry Filimonov is hereby admitted to the bar of this Court *pro hac vice* on behalf of petitioner Elena Armyaninova in the above described action.

Pursuant to Local Rules 5.1 and 5.7.02, absent good cause "[a]ll filings must be filed electronically with the office of the clerk" and "[a]ttorneys admitted to the bar of this court, including those admitted *pro hac vice*, Federal Public Defenders, and attorneys authorized to represent the United States, must request electronic filing access to the Court through PACER." Accordingly,

**IT IS FURTHER ORDERED** that by seeking *pro hac vice* admission, Mr. Filimonov is deemed to authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to him by electronic means under Rule 77 of the Federal Rules of Civil Procedure and Local Rule 5.7.10.  Mr. Filimonov is further deemed to consent to receive notice electronically from other parties and the court via electronic mail.  Mr. Filimonov is

counseled that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and movant shall verify that that any such software installed on movant's computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  Mr. Filimonov is further deemed to understand that it is his responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

**SO ORDERED** at Lake Charles, Louisiana, this 1st day of June, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**